**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 16-6825**

—————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ERIC MARIO BYERS,

    Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:02-cr-00077-RBS-1)

—————————

Submitted: August 25, 2016   Decided: August 30, 2016

—————————

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Eric Mario Byers, Appellant Pro Se. William David Muhr, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Mario Byers appeals the district court's order denying his motion to renew his motion of acquittal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Byers, No. 2:02-cr-00077-RBS-1 (E.D. Va. May 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED